UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAVID R. CORBIN, )
 )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
CHIEF JUSTICE LYNN JOHNSON; ) No. 5:11-CV-456-FL
CHIEF JUSTICE ELIZABETH KEEVER; )
JUDGE KIMBERLY TUCKER; JUDGE )
ABRAHAM JONES; ELLEN HANCOCK; )
and DAWN DRIGGERS, )
 )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the motions to dismiss filed by the defendants and the Memorandum and Recommendation of the United States Magistrate Judge, to which plaintiff filed an objection.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 9, 2012, and for the reasons set forth more specifically within the Memorandum and Recommendation, that plaintiff's complaint is dismissed with prejudice. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 10, 2012, and Copies To:**

David R. Corbin (via U.S. Mail) 4908 Charger Court, Fayetteville, NC 28306
Grady L. Balentine, Jr. (via CM/ECF Notice of Electronic Filing)
Jose A. Coker (via CM/ECF Notice of Electronic Filing)
Michael Raymond Porter (via CM/ECF Notice of Electronic Filing)
R. Jonathan Charleston (via CM/ECF Notice of Electronic Filing)

August 10, 2012                    JULIE A. RICHARDS, CLERK
                                      /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk