IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-456-FL

| | | |
|---|---|---|
| DAVID R. CORBIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHIEF JUSTICE LYNN JOHNSON; | ) | |
| CHIEF JUSTICE ELIZABETH KEEVER; | ) | |
| JUDGE KIMBERLY TUCKER; JUDGE | ) | |
| ABRAHAM JONES; ELLEN HANCOCK; | ) | |
| and DAWN DRIGGERS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on plaintiff's motion for miscellaneous relief (DE #32), in which plaintiff seeks relief from the court's August 10, 2012, judgment, pursuant to Federal Rule of Civil Procedure 60. On August 9, 2012, the court ordered dismissal of this action on the basis of *res judicata*, noting that the court previously dismissed an identical complaint for failure to state a claim (see Corbin v. Johnson, et al., 5:11-CV-148-FL, E.D.N.C.). Where the court's August 9, 2012, order set forth the reasons for dismissal of this action, and where plaintiff's motion provides no argument impacting those reasons for dismissal nor any other argument justifying relief from the court's judgment under Rule 60, the motion is DENIED.

SO ORDERED, this the 30th day of October, 2012.

_____
LOUISE W. FLANAGAN
United States District Court Judge