IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-456-FL

| | |
|---|---|
| DAVID R. CORBIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| CHIEF JUSTICE LYNN JOHNSON; | ) |
| CHIEF JUSTICE ELIZABETH KEEVER; | ) |
| JUDGE KIMBERLY TUCKER; JUDGE | ) |
| ABRAHAM JONES; ELLEN HANCOCK; | ) |
| and DAWN DRIGGERS, | ) |
| | ) |
| Defendants. | ) |

This matter comes before the court on plaintiff's motion to reinstate case and motion to change venue (DE #36), filed on November 13, 2013, the same date as plaintiff's notice of appeal. Where court lacks authority to grant the motions because plaintiff's appeal has been docketed and is pending, and where no good cause for the relief sought is shown, the court hereby DENIES the motions. See Fed. R. Civ. P. 62.1(a)(2).

SO ORDERED, this the 14th day of January, 2013.

LOUISE W. FLANAGAN
United States District Court Judge